UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-CV-61375-WPD

**BRIAN WRIGHT**,

    Plaintiff,

vs.

**AMERICAN SECURITY INSURANCE COMPANY**,

    Defendant.

_____/

## JOINT SCHEDULING REPORT PURSUANT TO LOCAL RULE 16.1 AND DISCOVERY PLAN

Plaintiff, Brian Wright, ("Plaintiff") and Defendant, American Security Insurance Company ("American Security"), by and through their undersigned counsel, respectively, and pursuant to this Court's Order Requiring Counsel to Meet, File Joint Scheduling Report and Joint Discovery Report dated July 6, 2021 (DE 4) and Local Rule 16.1, hereby file this Joint Scheduling Report and Discovery Plan.

**I.   Case Management Track**

The parties believe that this action should be assigned to the Standard Case Track because this case is a relatively non-complex case requiring up to five (5) days of trial. Accordingly, the parties propose that discovery shall be completed within 180 to 269 days from the date of the Scheduling Order.

**II.   Initial Disclosures and Discovery**

The parties agree that initial disclosures should be made within thirty (30) days after the filing of this Joint Scheduling Report. The parties also anticipate that discovery may require the

exchange of confidential and proprietary discovery materials, and have agreed to meet and confer in good faith to reach an appropriate protective order for submission to the Court to govern the disclosure of confidential and proprietary information, if necessary.

### III.   JOINT SCHEDULING REPORT

#### A.   Likelihood of Settlement

The parties believe that settlement is unlikely at this juncture. The parties will, in good faith, engage in settlement discussions during the course of this action as appropriate.

#### B.   Likelihood of Appearance in the Action of Additional Parties

The parties anticipate that there may be a need to add additional parties to this action.

#### C.   Proposed Time Limits

As set forth below and in the proposed Scheduling Order attached hereto as Exhibit "A," the parties' propose the following deadlines:

| *EVENT* | *PROPOSED DEADLINE* |
|---|---|
| Rule 26(a)(1)(A) Initial Disclosures (if not provided earlier). | August 23, 2021 |
| Deadline to designate a mediator and to schedule a time, date, and place for mediation. | Within 14 days of this Court's Scheduling Order |
| Deadline for seeking joinder of parties and claims and amendment of pleadings | September 15, 2021 |
| The Parties shall complete mediation and file a mediation report with the Court. | March 15, 2022 |
| The Plaintiff shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). | October 30, 2021 |
| The Defendant shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). | December 7, 2021 |

| | |
|---|---|
| The Parties shall complete all discovery, including expert discovery. | January 28, 2022 |
| Deadline to file pretrial dispositive motions, including summary judgment motions, *Daubert* motions, and motions *in limine*. | April 4, 2022 |
| The Parties shall file a joint pre-trial stipulation, as required by Local Rule 16.1 (e) and final proposed jury instructions. Joint proposed jury instructions or conclusions of law (for non-jury trials) shall outline: 1) the legal elements of Plaintiff's claims, including damages; and 2) the legal elements of the defenses that are raised. | No later than fifteen (15) days prior to the pretrial conference. |
| Deadline to file objections to designations of deposition testimony. | No later than seven (7) days prior to the pretrial conference. |
| Final pretrial conference. | June 2022 |
| Trial commences (including jury selection). | July 2022 |

    **D.**    **Elimination of Frivolous Claims or Defenses, and the Number and Timing of Motions for Summary Judgment or Partial Summary Judgment**

The parties have committed in good faith to examine any proposals for the formulation and simplification of issues (including, the elimination of frivolous claims or defenses) on an on-going basis to facilitate efficient litigation.

    **E.**    **Necessity or Desirability of Amendments to the Pleadings**

At this time, the parties do not foresee pleadings being amended, other than to add a party. Should the need to amend pleadings arise, the parties will adhere to the deadlines set forth above.

    **F.**    **Possibility of Obtaining Admissions of Fact and Documents, Electronically Stored Information or Things which will Avoid Unnecessary Proof, Stipulations Regarding the Authenticity of Documents, Electronically Stored Information or Things, and the Need for Advance Rulings from the Court on Admissibility of Evidence**

The parties will strive to avoid presenting unnecessary proof and cumulative evidence. The parties agree that they will seek to stipulate to the admissibility of testimonial, physical, and

documentary evidence, including any electronically-stored information, wherever possible. The parties further agree to meet and confer on an on-going basis to discuss stipulations regarding facts, the authenticity of documents, and the need for advance rulings from the Court on the admissibility of evidence.

### G. Suggestions for the Avoidance of Unnecessary Proof and of Cumulative Evidence

The parties will strive to avoid presenting unnecessary proof and cumulative evidence wherever possible.

### H. Suggestions on the Advisability of Referring Matters to a Magistrate Judge or Master

The parties consent to the referral of this action to a Magistrate Judge for discovery purposes only, and do not consent to the referral of this action to a Magistrate Judge for any substantive or dispositive motions, or for trial.

### I. Preliminary Estimate of the Time Required for Trial

The parties propose that this action be tried in July 2022. At this juncture, the parties' preliminary estimate is that five (5) days will be required for trial, with trial days apportioned equally between the parties.

### J. Requested Date(s) for Conferences Before Trial, Final Pre-Trial Conference, and Trial.

The parties agree that a final pretrial conference should be convened at least two (2) weeks prior to the start of trial.

### K. Issues about ESI and privilege

The parties will discuss any issues regarding the exchange of ESI and privileged documents prior to seeking court intervention.

### L. Joint Proposed Scheduling Order.

This report is accompanied by a Joint Proposed Scheduling Order, which is attached hereto as Exhibit "A."

Respectfully Submitted,

| | |
|---|---|
| /s/ Yisroel Silverman | **SHUTTS & BOWEN LLP** <br> *Attorneys for Defendant, AMERICAN SECURITY INSURANCE COMPANY* |
| Yisroel Silverman, Esq. <br> FBN: 1011445 <br> INSURANCE LITIGATION GROUP, P.A. <br> Counsel for Plaintiff <br> 1500 NE 162nd Street <br> Miami, Florida 33162 <br> Telephone: (786) 529-0090 <br> Facsimile: (866) 239-9520 <br> E-Mail: yisroel@ilgpa.com – Correspondence <br> E-Mail: service@ilgpa.com - Service Address | 200 East Broward Boulevard <br> Suite 2100 <br> Fort Lauderdale, FL 33301 <br> Telephone: (954) 524-5505 <br> Facsimile: (954) 524-5506 <br><br> By: */s/ Oliver Sepulveda* <br> **Sara Levy, Esq.** <br> Florida Bar No. 23767 <br> Email: slevy@shutts.com <br><br> **Oliver Sepulveda, Esq.** <br> Florida Bar No. 111763 <br> Email: osepulveda@shutts.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of July 2021, a true and correct copy of the foregoing has been furnished *via* e-mail and CM/ECF: Yisroel Silverman, Esquire, Insurance Litigation Group, P.A., 1500 NE 162nd Street, Miami, Florida 33162, (service@ilgpa.com, yisroel@ilgpa.com).