UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-CV-61375-WPD

**BRIAN WRIGHT**,

    Plaintiff,

vs.

**AMERICAN SECURITY INSURANCE COMPANY**,

    Defendant.

_____/

**PROPOSED JOINT SCHEDULING ORDER**

The Court having considered the Joint Scheduling Report of the Parties, Plaintiff, Brian Wright, and Defendant, American Security Insurance Company, **ORDERS** as follows:

This case shall be set on a standard track. This case is set for trial during the Court's two-week trial calendar beginning on _____, **2022**. Counsel for all parties shall also appear at a final pretrial conference on _____, **2022** at _____ am/pm. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in Courtroom _____ at the U.S. Courthouse, 299 East Broward Boulevard, Courtroom 205B, Fort Lauderdale, Florida 33301. The parties shall adhere to the following schedule:

| *EVENT* | *PROPOSED DEADLINE* |
|---|---|
| Rule 26(a)(1)(A) Initial Disclosures (if not provided earlier). | August 23, 2021 |
| Deadline to designate a mediator and to schedule a time, date, and place for mediation. | Within 14 days of this Scheduling Order |

| | |
|---|---|
| Deadline for seeking joinder of parties and claims and amendment of pleadings | September 15, 2021 |
| The Parties shall complete mediation and file a mediation report with the Court. | March 15, 2022 |
| The Plaintiff shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). | October 30, 2021 |
| The Defendant shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). | December 7, 2021 |
| The Parties shall complete all discovery, including expert discovery. | January 28, 2022 |
| Deadline to file pretrial dispositive motions, including summary judgment motions, *Daubert* motions, and motions *in limine*. | April 4, 2022 |
| The Parties shall file a joint pre-trial stipulation, as required by Local Rule 16.1 (e) and final proposed jury instructions. Joint proposed jury instructions or conclusions of law (for non-jury trials) shall outline: 1) the legal elements of Plaintiff's claims, including damages; and 2) the legal elements of the defenses that are raised. | No later than fifteen (15) days prior to the pretrial conference. |
| Deadline to file objections to designations of deposition testimony. | No later than seven (7) days prior to the pretrial conference. |
| Final pretrial conference. | June 2022 |
| Trial commences (including jury selection). | July 2022 |

**DONE AND ORDERED** in Fort Lauderdale, Florida this _____ day of July, 2021.

                                                  **WILLIAM P. DIMITROULEAS**
                                                **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record